```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09336
   RENEE M GROSS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-7108

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/16/2008 and was not confirmed.

     The case was dismissed without confirmation 06/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   NOTICE ONLY    NOT FILED            .00            .00
SAXON MORTGAGE SERVICES   CURRENT MORTG       .00             .00            .00
SAXON MORTGAGE SERVICES   SECURED NOT I   40720.93            .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY    NOT FILED            .00            .00
CHASE MANHATTAN MTG CORP  CURRENT MORTG       .00             .00            .00
CHASE MANHATTAN MTG CORP  SECURED NOT I     352.64            .00            .00
DOLLIE I WARREN REED      DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                         .00
DEBTOR REFUND                                .00
                    --------------      --------------
TOTALS                  .00                  .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                              /s/ Tom Vaughn
    Dated: 09/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE